# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUET F. WONG, | Case No.: 2:22-cv-01985-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| NIGHT SWIM LANE TRUST, et al., | |
| Defendants | |

Plaintiff Suet Wong sues Bank of America Home Loans, Night Swim Lane Trust, and Sables, LLC for various claims arising out of the foreclosure of property located at 5402 Night Swim Lane in Las Vegas.  On May 8, 2023, I gave Wong until June 5, 2023 to serve Night Swim and Sables and to file proof of service, otherwise, her claims against these defendants would be dismissed without prejudice. ECF No. 19.  Wong has not filed proof of service on these defendants.

I THEREFORE ORDER that plaintiff Suet Wong's claims against defendants Night Swim Lane Trust and Sables, LLC are dismissed without prejudice for failure to timely serve them.

DATED this 10th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE